FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEX JACOB DECKARD,<br><br>Defendant. | No.<br>1:24-CR-02027-SAB-26;<br>1:24-CR-02033-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF Nos.**<br>**35 (Case No. 1:24-cr-02033-SAB-1);**<br>**863 (Case No. 1:24-cr-02027-SAB-26)** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 863, Case No 1:24-cr-02027-SAB-26; ECF No. 35, Case No. 1:24-cr-02033-SAB-1). Defendant was represented by court-appointed attorney Craig Atkinson on the Motion.

Defendant requests that the Court remove Special Condition No. 9 (ECF No. 16, Case No. 1:24-cr-02033-SAB-1) which requires GPS monitoring. The United States Attorney's Office and the United States Probation/Pretrial Services Office have no objection to Defendant's request.

Given the lack of objection by the parties and Defendant's success on supervision since April 2024, the Court grants the Motion.

ORDER - 1

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 863**, Case No 1:24-cr-02027-SAB-26; **ECF No. 35**, Case No. 1:24-cr-02033-SAB-1) is **GRANTED**.

2. **Special Condition No. 9** (**ECF No. 16**, Case No. 1:24-cr-02033-SAB-1) **is STRICKEN**.

3. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED January 6, 2025.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2