FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 03, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEX JACOB DECKARD,<br><br>    Defendant. | No.   1:24-CR-02033-SAB-1<br><br>**ORDER GRANTING MOTION TO DISMISS INDICTMENT** |

Before the Court is the United States' Motion to Dismiss Indictment, ECF No. 39. Defendant is represented by Craig Aktkinson. The United States is represented by Caitlin Baunsgard.

The United States moves to dismiss the Indictment filed in this matter on May 9, 2024 in lieu of prosecution of Defendant via the Superseding Indictment in 1:24-CR-2027-SAB.

//
//
//
//
//
//
//
//

**ORDER GRANTING MOTION TO DISMISS INDICTMENT ~ 1**

Accordingly, **IT IS ORDERED**:

1. The United States' Motion to Dismiss Indictment, ECF No. 39, is **GRANTED**.

2. Pursuant to Fed. R. Crim. P. 48(a), the May 9, 2024 Indictment, ECF No. 17, is **DISMISSED**. The Court makes no judgment as to the merit or wisdom of this dismissal.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order and provide copies to counsel and **close** the file.

**DATED** this 3rd day of March 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO DISMISS INDICTMENT ~ 2**